UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

OCEANS HEALTHCARE, LLC, ET AL.

VERSUS

COMPREHENSIVE BEHAVIORAL CARE, INC., ET AL.

CIVIL ACTION

NO. 13-829-SDD-SCR

### RULING

The Court, after carefully considering the *Complaint*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Stephen C. Riedlinger dated March 31, 2014, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Motion to Remand*[3] filed by Plaintiffs, Oceans Healthcare, LLC and Oceans Behavioral Hospital of Greater New Orleans, Greenbrier Hospital, LLC, Sahara Health Systems, LLC d/b/a Westend Hospital, The Harmony Center, Inc. d/b/a MMO Rehabilitation and Wellness Center, Medical Management Options, LLC, Seaside Behavioral Center, LLC, and Beacon Behavioral Health, Inc., is GRANTED insofar as they sought to have the case remanded to State Court. The motion is denied insofar as they sought an award of costs and attorney's fees under § 1447(c).

Baton Rouge, Louisiana the 28 day of April, 2014.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 21.
[3] Rec. Doc. 11.